# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**577**

**CA 13-00912**

PRESENT: SMITH, J.P., PERADOTTO, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

TIMOTHY D. GAY, PLAINTIFF-APPELLANT,

V                                          MEMORANDUM AND ORDER

MARIA GAY, DEFENDANT-RESPONDENT.
(APPEAL NO. 5.)

---

MELVIN & MELVIN, PLLC, SYRACUSE, D.J. & J.A. CIRANDO, ESQS. (JOHN A. CIRANDO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

MACHT, BRENIZER & GINGOLD, P.C., SYRACUSE (JON W. BRENIZER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from a decision of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered December 10, 2012 in a divorce action. The decision advised that the court intended that defendant be the owner of an insurance policy.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Gay v Gay* ([appeal No. 1] ___ AD3d ___ [June 13, 2014]).

Entered:  June 13, 2014                    Frances E. Cafarell
                                           Clerk of the Court